840 A.2d 991

Timothy **FULLERTON**, Appellant,

v.

**PENNSYLVANIA BOARD OF PROBATION
& PAROLE**, Appellee.

Supreme Court of Pennsylvania.

Dec. 3, 2003.

618

## ORDER

PER CURIAM.

**AND NOW,** this 3rd day of December, 2003, probable jurisdiction is noted and the order appealed is affirmed.